ACCEPTED
14-18-00288-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/18/2018 9:56 AM
CHRISTOPHER PRINE
CLERK

## No. 14-18-00288-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/18/2018 9:56:23 AM

CHRISTOPHER A. PRINE
Clerk

PINTAIL LANDFILL, LLC,
*Appellant,*

v.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; RICHARD A. HYDE, P.E.,
IN HIS OFFICIAL CAPACITY AS TCEQ EXECUTIVE DIRECTOR; AND
CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD,

*Appellees.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Appellant Pintail Landfill, LLC ("Pintail") files this unopposed motion for an order extending the time to file its brief in this appeal pursuant to Tex. R. App. Proc. 10.5(b) and 38.6(d), and in support thereof would respectfully show:

1. The current due date for Pintail's brief in this appeal is May 25, 2018.

2. Pintail respectfully requests an extension of thirty-one (31) days for filing its brief so that the brief would need to be filed in this Court by no later than June 25, 2018.

1

3. Pintail requests this extension so Pintail will have the necessary time for review of the record and the drafting of the brief.

4. No previous extensions have been requested by Pintail in connection with this matter.

5. This motion is filed not for purposes of delay, but so that justice may be done.

6. Counsel for Appellees have indicated that Appelles are not opposed to this motion.

Prayer

WHEREFORE, for the reasons stated above, Pintail Landfill, LLC respectfully requests that the Court issue an order granting the requested extension thereby establishing a filing deadline for Pintail's brief of June 25, 2018.

Respectfully submitted,

*/s/ John A. Riley*
JOHN A. RILEY
State Bar No. 16927900
PAUL C. SARAHAN
State Bar No. 17648200
HOLLAND & KNIGHT LLP
111 Congress Ave., Suite 540
Austin, Texas 78701
(512) 472-1081
(512) 472-7473 (fax)

**ATTORNEYS FOR PINTAIL LANDFILL, LLC**

## Certificate of Conference

As required by Tex. R. App. Proc. 10.1(a)(5), I certify that counsel for Pintail Landfill, LLC has conferred with counsel for the opposing parties in this case and each counsel has stated that she is not opposed to this motion.

*/s/ John A. Riley*
JOHN A. RILEY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pintail Landfill, LLC's Unopposed Motion for Extension of Time to File Brief of Appellant has been sent to the following persons by electronic filing system on this 18th day of May, 2018.

/s/ John A. Riley
John A. Riley

Ms. Cynthia Woelk
Cynthia.Woelk@oag.texas.gov
Assistant Attorney General
Daniel C. Wiseman
Daniel.Wiseman@oag.texas.gov
Assistant Attorney General
Lisa McClain Mitchell
Lisa.Mitchell@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, MC-018
Austin, TX 78711-2548

*Attorneys for the TCEQ and Richard Hyde, P.E.,*
*in his Official Capacity as TCEQ Executive Director*

Ms. V. Blayre Peña
Hance Scarborough, LLP
400 W. 15th Street, Suite 950
Austin, TX 78701

*Attorney for Citizens Against the Landfill in Hempstead*